Case 1-09-10296-MJK, Doc 1, Filed 01/27/09, Entered 01/27/09 15:04:09, Description: Main Document , Page 2 of 18

Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 3 of 18

Case 1-09-10296-MJK,   Doc 1,   Filed 01/27/09,   Entered 01/27/09 15:04:09,
Description: Main Document , Page 7 of 18

Case 1-09-10296-MJK,   Doc 1,   Filed 01/27/09,   Entered 01/27/09 15:04:09,
Description: Main Document , Page 9 of 18

Case 1-09-10296-MJK,    Doc 1,    Filed 01/27/09,    Entered 01/27/09 15:04:09,
Description: Main Document , Page 17 of 18